# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 11, 2024

Lyle W. Cayce
Clerk

No. 23-50835
Summary Calendar

─────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Gaspar Ramos,

*Defendant—Appellant*.

─────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CR-691-1

─────────────

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Gaspar Ramos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

─────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50835

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.